## FIRST NATIONAL BANK OF CHICAGO v. Dave EMMERMAN et al.
### No. 5234.

Circuit Court of Appeals, Seventh Circuit.
Sept. 20, 1934.

Tatge & Tatge and Theodore E. Rein, all of Chicago, Ill., for appellant.

Joseph Kamfner, Edwin A. Halligan, and Irving Bilton, all of Chicago, Ill., for appellee.

Before FITZHENRY and PAGE, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, without costs to either party.

## Frank S. FOWLER, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.
### No. 7566.

Circuit Court of Appeals, Fifth Circuit.
Dec. 21, 1934.

In forma pauperis.

Frank S. Fowler, in pro. per.

Lawrence S. Camp, U. S. Atty., I. K. Hay, Asst. U. S. Atty., and H. T. Nichols, Sp. Atty., all of Atlanta, Ga., for appellee.

Before BRYAN, FOSTER, and WALKER, Circuit Judges.

PER CURIAM.

On the authority of Smith v. United States (C. C. A.) 61 F.(2d) 681, the judgment is affirmed.

## Evelyn FRECHETTE, with Aliases, Appellant, v. UNITED STATES of America.
### No. 10171.

Circuit Court of Appeals, Eighth Circuit.
Oct. 29, 1934.

A. Jerome Hoffmann, of St. Paul, Minn., for appellant.

George F. Sullivan, U. S. Atty., of St. Paul, Minn.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on agreement of counsel.